FILED
FEBRUARY 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **ABDALLAH EL SHEIKH,** | ) | |
| **ROLA ELSHEIKH      Plaintiff,** | ) | |
| v. | ) | No.: |
| | ) | A# 029 222 864 |
| | ) | A# 077 828 638 |
| **MICHAEL CHERTOFF,** | ) | |
| **AS THE DIRECTOR OF** | ) | **08 C 1152** |
| **THE DEPARTMENT OF HOMELAND** | ) | |
| **SECURITY, ROBERT S. MUELLER, III** | ) | **JUDGE KENNELLY** |
| **AS THE DIRECTOR OF FEDERAL** | ) | **MAGISTRATE JUDGE ASHMAN** |
| **BUREAU OF INVESTIGATIONS** | ) | |
| | ) | |
| **Defendant** | ) | |

### COMPLAINT FOR MANDAMUS

Plaintiffs, ABDALLAH ELSHEIKH ("Abdullah") and ROLA ELSHEIKH ("Rola"), by and through, REEM H. ODEH, of the LAW OFFICES OF BRODSKY & ODEH respectfully requests this Court to enter an order directing the Defendant, MICHAEL CHERTOFF, Director of Homeland Security and ROBERT S. MUELLER III, as Director of Federal Bureau of Investigations to adjudicate Plaintiffs' application for Naturalization. In support of said request, the Plaintiffs state as follows:

### JURISDICTION AND VENUE

1. The is a civil action brought pursuant to 8 U.S.C. section 1329, and 28 U.S.C. Sections 1331 (Federal Questions) because Plaintiffs' claims arise under the federal laws of the United States, and 1361 (Mandamus Act), and Section 1447(b) to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which statutes jurisdiction is conferred, to compel Defendant to perform a duty Defendant owes to Plaintiff, 5 U.S.C. section 704 also confers jurisdiction, 28 U.S.C §2201 (Declatory Judgement Act) and under 5 U.S.C. §701 *et seq.* (Administrative Act of the "APA").

2. Venue is proper under 28 U.S.C. section 1391(b), since Defendant is the Director of the Bureau of Citizenship and Immigration Services (BCIS), an agency of the United States Government, under the Department of Homeland Security. The Defendant Robert S. Mueller III, is the Director of the federal Bureau of Investigations.

3. This action is brought to compel the defendant, officers and an agency of the United States, to perform its duties arising under the laws of the United States.

4.  The APA requires USCIS and the FBI to carry out their duties within a reasonable time. The provision of the APA that provides this is 5 USC Sec. 555(b), which states that "with due regard for the convenience and necessity of the parties or their representaives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." USCIS and FBI are subject to 5 USC Sec. 555(b). The Plaintiffs contend that the delays in prpocessing their applications for naturalization are unreasonable.

## PARTIES

5.  Plaintiff Abdallah Elsheikh is a 43 year old native and citizen of Lebanon. He became a Legal Permanent Resident on October 9, 2001. Plainitff Rola Elsheik is a 35 year old citizen of Lebanon and became a Legal Permanent Resident on October 9, 2001. Plainitffs Abdallah Elsheikh and Rola Elsheik are married.

6.  Plaintiff Abdallah's alien number is A029-222-864. Plaintiff Rola's alien number is A077-828-638.

7.  Defendant, MICHAEL CHERTOFF, is the Director of the Department of Homeland Security. As such, he is charged with the duty of administration and enforcement of all the functions, powers, and duties of Bureau of Citizenship & Immigration Services, the former INS. The Defendant ROBERT S. MUELLER III, is the Director of the Federal Bureau of Investigations.

8.  That Robert Mueller is sued in his official capacity. The FBI is responsible for the proper background clearance conducted on each applicant for naturalization.

## CLAIMS FOR RELIEF

9.  On August 14, 2006, Plaintiffs filed their applications for Naturalization and paid the appropriate filing fees and submitted all the required documentation.

10. On August 26, 2006, Plaintiffs appeared before the Citizenship and Immigration Services service center to have their fingerprints and biometrics taken as part of the naturalization process.

11. That since the filing of the Application for Naturalization which was filed on August 14, 2006 the Plaintiffs have never been scheduled to appear for a Naturalization interview. Furthermore, no word has been forthcoming since the interview except that the plaintiffs' "background checks" remain pending and no proper communication was received relative to the applications for naturalization.

12. Prior to the filing of this Complaint, the Plaintiffs have made numerous attempts with the Defendants to inquire about the status of their applications. The Plaintiffs and their attorney have also made numerous oral and written requests of the Defendant concerning the scheduling of an interview for naturalization. No further action was taken by Defendants in this matter.

13. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying a decision on the applications of Plaintiffs.

14. Plaintiffs have exhausted any remedies that may be exist.

WHEREFORE, Plaintiffs prays that the Court, in light of the foregoing:

A. Compel Defendant and those acting under him to perform their duty to rule upon the Plaintiff's applications;

B. Compel the Federal Bureau of Investigation to complete their background and fingerprint process.

B. Grant attorney's fees and cost of court

C. Grant such other and further relief as this Court sees proper under the circumstances.


        Respectfully Submitted,

        _____/s/ Reem H. Odeh_____
        Reem H. Odeh
        Attorney for Plaintiffs

**Reem H. Odeh**
**Brodsky & Odeh**
8 S. Michigan, Suite 3200
Chicago, Illinois 60603
312-701-3000
312-701-3088(fax)