FEB-11-2008  10:51        FALCON HOLDINGS                    6305742599    P.04
U.S. Citizenship and Immigration Services                    I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Fingerprint Notification | **NOTICE DATE** August 14, 2006 |
| **CASE TYPE** N400  Application For Naturalization | **USCIS A#** A 029 222 864 |
| **APPLICATION NUMBER** LIN*000940730 | **RECEIVED DATE** August 08, 2006 | **PRIORITY DATE** August 08, 2006 | **PAGE** 1 of 1 |

**APPLICANT NAME AND MAILING ADDRESS**
ABDALLAH ELSHEIKH
11317 WILLOW CREEK LANE
ORLAND PARK IL  60467

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: XIF
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
158064  ON  AUG 2 6 2006

To process your application, USCIS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| CIS HAMMOND<br>7852 INTERSTATE PLAZA DRIVE<br>INDIANAPOLIS BLVD. (RT. 41)<br>HAMMOND IN 46324 | 08/26/2006<br>09:00 AM |

**WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:**
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:    ☐ Wednesday afternoon    ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS HAMMOND
7852 INTERSTATE PLAZA DRIVE
INDIANAPOLIS BLVD. (RT. 41)
HAMMOND IN 46324

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

**APPLICATION NUMBER**
LIN*000940730

**WARNING!**
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

Form I-797C (Rev. 01/31/05) N

**08 C 1152**        JUDGE KENNELLY
                     MAGISTRATE JUDGE ASHMAN

FEB-11-2008 10:50  FALCON HOLDINGS  6305742599  P.02


**PERMANENT RESIDENT CARD**
IAME ELSHEIKH, ROLA
INS A# 077-828-638
Birthdate: 12/01/72  Sex: F
Country of Birth: Lebanon
CARD EXPIRES 10/26/12
Resident Since 10/09/01

C1USA0778286380LIN0001250690<<
7212011F1210266LBN<<<<<<<<<<1
ELSHEIKH<<ROLA<<<<<<<<<<<<<<






**PERMANENT RESIDENT CARD**
IAME ELSHEIKH, ABDALLAH
INS A# 029-222-864
Birthdate: 07/19/64  Sex: M
Country of Birth: Lebanon
CARD EXPIRES 04/22/12
Resident Since 10/09/01

C1USA0292228648LIN0001250623<<
6407195M1204229LBN<<<<<<<<<<6
ELSHEIKH<<ABDALLAH<<<<<<<<<<





```
FEB-11-2008  10:51      FALCON HOLDINGS                    6305742599   P.05
```

U.S. Citizenship and Immigration Services — I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>August 14, 2006 |
|---|---|---|---|
| CASE TYPE<br>N400   Application For Naturalization | | | USCIS A#<br>A 077 828 638 |
| APPLICATION NUMBER<br>LIN*000940728 | RECEIVED DATE<br>August 08, 2006 | PRIORITY DATE<br>August 08, 2006 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
ROLA ELSHEIK
11317 WILLOW CREEK LANE
ORLAND PARK IL 60467

PAYMENT INFORMATION:

Single Application Fee:     $400.00
Total Amount Received:      $400.00
Total Balance Due:            $0.00

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:            December 01, 1972
Address Where You Live:   11317 WILLOW CREEK LANE
                          ORLAND PARK IL 60467

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local USCIS office. You should expect to be notified within 540 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or USCIS forms, please call the USCIS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call the NCSC TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit USCIS at www.uscis.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**USCIS Office Address:**
U.S. CITIZENSHIP AND IMMIGRATION SERVICES
PO BOX 87400
LINCOLN NE 68501-

**USCIS Customer Service Number:**
(800) 375-5283

APPLICANT COPY

LINS000886180

Form I-797C (Rev. 01/31/05) N

FEB-11-2008  10:51  FALCON HOLDINGS  6305742599  P.06

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Fingerprint Notification | NOTICE DATE: August 14, 2006 |
| CASE TYPE: N400 Application For Naturalization | USCIS A#: A 077 828 638 |
| APPLICATION NUMBER: LIN*000940728 | RECEIVED DATE: August 08, 2006 | PRIORITY DATE: August 08, 2006 | PAGE: 1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
ROLA ELSHEIK
11317 WILLOW CREEK LANE
ORLAND PARK IL 60467

BIOMETRICS PROCESSING STAMP
ASC SITE CODE: XCF
BIOMETRICS QA REVIEW BY:
ON
TENPRINTS QA REVIEW BY:
158064  ON  AUG 2 6 2006

To process your application, USCIS must take your fingerprints and have them cleared by the FBI. **PLEASE APPEAR AT THE BELOW APPLICATION SUPPORT CENTER AT THE DATE AND TIME SPECIFIED.** If you are unable to do so, complete the bottom of this notice and return the entire original notice to the address below. **RESCHEDULING YOUR APPOINTMENT WILL DELAY YOUR APPLICATION. IF YOU FAIL TO APPEAR AS SCHEDULED BELOW OR FAIL TO REQUEST RESCHEDULING, YOUR APPLICATION WILL BE CONSIDERED ABANDONED.**

| APPLICATION SUPPORT CENTER | DATE AND TIME OF APPOINTMENT |
|---|---|
| CIS HAMMOND
7852 INTERSTATE PLAZA DRIVE
INDIANAPOLIS BLVD. (RT. 41)
HAMMOND IN 46324 | 08/26/2006
10:00 AM |

WHEN YOU GO TO THE APPLICATION SUPPORT CENTER TO HAVE YOUR FINGERPRINTS TAKEN, YOU MUST BRING:
1. THIS APPOINTMENT NOTICE and
2. PHOTO IDENTIFICATION. Naturalization applicants must bring their Alien Registration Card. All other applicants must bring a passport, driver's license, national ID, military ID, or State-issued photo ID. If you appear without proper identification, you will not be fingerprinted.

PLEASE DISREGARD THIS NOTICE IF YOUR APPLICATION HAS ALREADY BEEN GRANTED.

## REQUEST FOR RESCHEDULING

Please reschedule my appointment for the next available:  ☐ Wednesday afternoon    ☐ Saturday afternoon

USCIS cannot guarantee the day preferred, but will do so to the extent possible.
Upon receipt of your request, you will be provided a new appointment notice. Please mail your request to:

CIS HAMMOND
7852 INTERSTATE PLAZA DRIVE
INDIANAPOLIS BLVD. (RT. 41)
HAMMOND IN 46324

If you have any questions regarding this notice, please call 1-800-375-5283.    APPLICANT COPY

APPLICATION NUMBER
LIN*000940728

**WARNING!**
Due to limited seating availability in our lobby areas, only persons who are necessary to assist with transportation or completing the fingerprint worksheet should accompany you.

TOTAL P.06

**Reem Odeh**

| | |
|---|---|
| From: | A. Sheik [sheik@falconholdings.com] |
| Sent: | Monday, February 11, 2008 10:36 AM |
| To: | Reem Odeh |
| Subject: | White House response |

```
-----Original Message-----
From: comments@whitehouse.gov [mailto:comments@whitehouse.gov]
Sent: Tuesday, December 04, 2007 6:23 AM
To: sheik@falconholdings.com
Subject:

On behalf of President Bush, thank you for your correspondence.

We appreciate hearing your views and welcome your suggestions.

Due to the large volume of e-mail received, the White House cannot respond to every
message.

Thank you again for taking the time to write.
```

1

## Reem Odeh

**From:** A. Sheik [sheik@falconholdings.com]
**Sent:** Monday, February 11, 2008 10:37 AM
**To:** Reem Odeh
**Subject:** FW: Elsheikh Citizenship name check result

---

**From:** A. Sheik [mailto:sheik@falconholdings.com]
**Sent:** Wednesday, December 05, 2007 4:17 PM
**To:** 'Lydia.Litwin@mail.house.gov'
**Subject:** Elsheikh Citizenship name check result

Re: N-400 status
    Abdallah ElSheikh, A 029 222 864
    LIN 000940730

    Rola ElSheikh, A 077 828 638 (his wife)
    LIN 000940728

Hi Lydia:

Below you find the FBI response to my letter regarding delaying my Citizenship because of name check. If you look at the site below that FBI sent me http://www.fbi.gov/page2/nationalnamecheck.htm , you will find USCIS can request FBI to expedite the case.

So can you please kindly ask them to expedite my case as I have to do a lot of overseas travel for my Job soon.

Thanks a million in advance.

Abdallah Elsheikh
11317 Willow Creek lane
Orland park, IL 60467
708-369-4565
sheik@falconholdings.com


**From:** Springfield [mailto:Springfield@ic.fbi.gov]
**Sent:** Wednesday, December 05, 2007 9:46 AM
**To:** A. Sheik
**Subject:** RE: My wife and my Citizenship is due but FBI is procrastinating-----I need your help

Mr. Sheik, I am sorry for the lengthy process you are encountering. The name checks are handled by another division, not by your local office (Chicago). I have enclosed a link to further explain the process:
http://www.fbi.gov/hq/nationalnamecheck.htm

---

A. Sheik, CIO

**From:** Litwin, Lydia [mailto:Lydia.Litwin@mail.house.gov]

2/11/2008

**Sent:** Friday, July 20, 2007 1:36 PM
**To:** 'elsheikh'
**Subject:** FW: Abdallah ElSheikh, A 029 222 864

Mr. ElSheikh,

I am forwarding to you the reply I received from the Nebraska Service Center concerning you and your wife's citizenship applications. Because this is a security issue, your applications cannot move forward until the FBI check is completed.

Lydia Litwin
Office of U.S. Representative Judy Biggert

---

**From:** Congressional, Nebraska
**Sent:** Thursday, July 19, 2007 3:56 PM
**To:** Litwin, Lydia
**Subject:** Abdallah ElSheikh, A 029 222 864

Good Afternoon Lydia,

Re: N-400, Abdallah ElSheikh, A 29 222 864 & Rola ElSheikh, A 77 828 638

Both N-400s are pending FBI name check results.

Thank you,

U.S. Citizenship and Immigration Service
Nebraska Service Center

---

**From:** Litwin, Lydia [mailto:Lydia.Litwin@mail.house.gov]
**Sent:** Thursday, July 12, 2007 11:18 AM
**To:** xxxxxxx
**Subject:** Abdallah ElSheikh, A 029 222 864

Re: N-400 status
   Abdallah ElSheikh, A 029 222 864
   LIN 000940730

   Rola ElSheikh, A 077 828 638 (his wife)
   LIN 000940728

Mr. ElSheikh tells me that both he and his wife applied for citizenship in August 2006 and then completed their fingerprints soon after. They are concerned about not hearing anything further from the USCIS. I would appreciate if you could let me know the current status or their applications, as well as, what may be causing the delay in scheduling them for N-400 interviews.

Thank you for your assistance in this matter.

Lydia Litwin
Staff Assistant
Office of U.S. Representative Judy Biggert
6262 S. Route 83, Suite 305
Willowbrook, IL 60527
Tel: 630-655-2052
Fax: 630-655-1061
Email: lydia.litwin@mail.house.gov

2/11/2008

CC: Oprah Winfrey
Harpo Productions
PO Box 909715
Chicago, IL 60690

2/11/2008

**Reem Odeh**

---

**From:** A. Sheik [sheik@falconholdings.com]
**Sent:** Monday, February 11, 2008 10:36 AM
**To:** Reem Odeh
**Subject:** FW: My wife and my Citizenship is due but FBI is procrastinating-----I need your help

---

**From:** Springfield [mailto:Springfield@ic.fbi.gov]
**Sent:** Wednesday, December 05, 2007 9:46 AM
**To:** A. Sheik
**Subject:** RE: My wife and my Citizenship is due but FBI is procrastinating-----I need your help

Mr. Sheik, I am sorry for the lengthy process you are encountering. The name checks are handled by another division, not by your local office (Chicago). I have enclosed a link to further explain the process: http://www.fbi.gov/hq/nationalnamecheck.htm

---

**From:** A. Sheik [sheik@falconholdings.com]
**Sent:** Tuesday, December 04, 2007 6:21 AM
**To:** president@whitehouse.gov
**Cc:** lydia.litwin@mail.house.gov; Springfield
**Subject:** My wife and my Citizenship is due but FBI is procrastinating-----I need your help

Re: N-400 status
    Abdallah ElSheikh, A 029 222 864
    LIN 000940730

    Rola ElSheikh, A 077 828 638 (his wife)
    LIN 000940728

Dear President George W. Bush:

To start off, I wish you a very merry Christmas and a Happy New Year; Secondly I am writing to implore you for help because the FBI is taking far too long to clear my Security status so that immigration can proceed in interviewing both my wife and I for our citizenships.

In February of 2007, I had some friends applied for the U.S. citizenships and they received their U.S. passport by July of 2007 a total period of 6 months. It has been over 16 months that I have applied for the citizenship and have not received an interview yet.
Below is the correspondence between the office of Judy Biggert, my constituent in Illinois and the U.S. Citizenship and Immigration Service At the Nebraska Service Center on July 2007.

Mr. President, I came to United States on Jan 2005 sponsored by Hariri foundation, a non for profit organization founded by the Ex-Prime Minister of Lebanon Rafik Al-Hariri, May God forgive all his sins and punish his killers. I was born from in Beirut-Lebanon from very poor family with eight brothers and sisters living in an one bed room apartment. My father was a janitor at in the Ministry of religion in Lebanon. He was making less than one-hundred dollars a month. I used to work as a salesman in a dollar store when I was in the fifth grade in downtown Beirut. It is extremely difficult to explain to you how my father was even able to take responsibility for the ten people living under his roof with the low income he used to make.

Mr. President, I came to the United states hoping and believing in the "Pursuit of Happiness" and the American Dream. I have worked at Wendy's, Pizza Hut, Domino's Pizza, Godfather's pizza, I have driven a cab, worked as a paper-boy, I have tutored and sold at a Flea Market, I have taught in

Colleges and now I have become the CIO (Chief Information Officer) for one of the largest Church's Chicken franchisees. I came to America and I have worked hard and would take an overload in credit hours as well as an overload in work. I have earned a Bachelor Degree from Florida A&M University and Masters Degree from Arizona State University in Electronics Engineering Technology.

Mr. President, I have believed in this country; I have helped it as it grew and prospered, I have raised four proud American children and yet it seems that I am taken as a threat to all that I have placed my trust and my work and effort. I have not done anything they may put me as a security clearance to the United States. I have lived honorably and followed your laws; paid my taxes and contributed my part to society. I am confident that I am an asset to this country and that I have not done anything that may suggest otherwise. In my opinion, As a general rule, a set time limit should be set by the FBI for the security check. We have a lot more to care about than worry about our file either get lost with the FBI or they are still in the right hands who are doing the right things to protect the country while empower it with god men and women.

I am optimistic in your care for our family as we are not simply a number but rather human lives that you as our President is represent. We are praying that you can make our dream come true this holiday season by Christmas as our family has struggled hard especially as we wait for baby Noor, our new addition to our already large family of four children in this coming days.

Mr. President you were born in July in 1946 and I was born in July 1964. Coincidence? I think not.

Thank you very much for your time and attention and again wishing you a Merry Christmas and a Happy New Year.

A. Sheik, CIO
Chief Information Officer
Falcon Holdings, LLC
1200 Harger Rd Suite 800
Oak Brook, IL 60523
Tel:630-570-5824
Fax:630-570-2599
Cel: 708-369-4565
Sheik@falconholdings.com
http://www.falconholdings.com/churchs/corporate/main.asp.htm

---

**From:** Litwin, Lydia [mailto:Lydia.Litwin@mail.house.gov]
**Sent:** Friday, July 20, 2007 1:36 PM
**To:** 'elsheikh'
**Subject:** FW: Abdallah ElSheikh, A 029 222 864

Mr. ElSheikh,

I am forwarding to you the reply I received from the Nebraska Service Center concerning you and your wife's citizenship applications. Because this is a security issue, your applications cannot move forward until the FBI check is completed.

Lydia Litwin
Office of U.S.Representative Judy Biggert

---

**From:** Congressional, Nebraska
**Sent:** Thursday, July 19, 2007 3:56 PM
**To:** Litwin, Lydia
**Subject:** Abdallah ElSheikh, A 029 222 864

2/11/2008

Good Afternoon Lydia,

Re: N-400, Abdallah ElSheikh, A 29 222 864 & Rola ElSheikh, A 77 828 638

Both N-400s are pending FBI name check results.

Thank you,

U.S. Citizenship and Immigration Service
Nebraska Service Center

---

**From:** Litwin, Lydia [mailto:Lydia.Litwin@mail.house.gov]
**Sent:** Thursday, July 12, 2007 11:18 AM
**To:** xxxxxxx
**Subject:** Abdallah ElSheikh, A 029 222 864

Re: N-400 status
   Abdallah ElSheikh, A 029 222 864
   LIN 000940730

   Rola ElSheikh, A 077 828 638 (his wife)
   LIN 000940728

Mr. ElSheikh tells me that both he and his wife applied for citizenship in August 2006 and then completed their fingerprints soon after. They are concerned about not hearing anything further from the USCIS. I would appreciate if you could let me know the current status or their applications, as well as, what may be causing the delay in scheduling them for N-400 interviews.

Thank you for your assistance in this matter.

Lydia Litwin
Staff Assistant
Office of U.S. Representative Judy Biggert
6262 S. Route 83, Suite 305
Willowbrook, IL 60527
Tel: 630-655-2052
Fax: 630-655-1061
Email: lydia.litwin@mail.house.gov

CC: Oprah Winfrey
Harpo Productions
PO Box 909715
Chicago, IL 60690

2/11/2008

## Reem Odeh

**From:** A. Sheik [sheik@falconholdings.com]
**Sent:** Monday, February 11, 2008 10:35 AM
**To:** Reem Odeh
**Subject:** FW: My wife and my Citizenship is due but FBI is procrastinating-----I need your help

---

**From:** A. Sheik [mailto:sheik@falconholdings.com]
**Sent:** Tuesday, December 04, 2007 6:22 AM
**To:** 'president@whitehouse.gov'
**Cc:** 'lydia.litwin@mail.house.gov'; 'springfield@ic.fbi.gov'
**Subject:** My wife and my Citizenship is due but FBI is procrastinating-----I need your help

Re: N-400 status
   Abdallah ElSheikh, A 029 222 864
   LIN 000940730

   Rola ElSheikh, A 077 828 638 (his wife)
   LIN 000940728

Dear President George W. Bush:

To start off, I wish you a very merry Christmas and a Happy New Year; Secondly I am writing to implore you for help because the FBI is taking far too long to clear my Security status so that immigration can proceed in interviewing both my wife and I for our citizenships.

In February of 2007, I had some friends applied for the U.S. citizenships and they received their U.S. passport by July of 2007 a total period of 6 months. It has been over 16 months that I have applied for the citizenship and have not received an interview yet.
Below is the correspondence between the office of Judy Biggert, my constituent in Illinois and the U.S. Citizenship and Immigration Service At the Nebraska Service Center on July 2007.

Mr. President, I came to United States on Jan 2005 sponsored by Hariri foundation, a non for profit organization founded by the Ex-Prime Minister of Lebanon Rafik Al-Hariri, May God forgive all his sins and punish his killers. I was born from in Beirut-Lebanon from very poor family with eight brothers and sisters living in an one bed room apartment. My father was a janitor at in the Ministry of religion in Lebanon. He was making less than one-hundred dollars a month. I used to work as a salesman in a dollar store when I was in the fifth grade in downtown Beirut. It is extremely difficult to explain to you how my father was even able to take responsibility for the ten people living under his roof with the low income he used to make.

Mr. President, I came to the United states hoping and believing in the "Pursuit of Happiness" and the American Dream. I have worked at Wendy's, Pizza Hut, Domino's Pizza, Godfather's pizza, I have driven a cab, worked as a paper-boy, I have tutored and sold at a Flea Market, I have taught in Colleges and now I have become the CIO (Chief Information Officer) for one of the largest Church's Chicken franchisees. I came to America and I have worked hard and would take an overload in credit hours as well as an overload in work. I have earned a Bachelor Degree from Florida A&M University and Masters Degree from Arizona State University in Electronics Engineering Technology.

Mr. President, I have believed in this country; I have helped it as it grew and prospered, I have raised four proud American children and yet it seems that I am taken as a threat to all that I have placed my trust and my work and effort. I have not done anything they may put me as a security clearance to the United States. I have lived honorably and followed your laws; paid my taxes and contributed my part to

society. I am confident that I am an asset to this country and that I have not done anything that may suggest otherwise. In my opinion, As a general rule, a set time limit should be set by the FBI for the security check.  We have a lot more to care about than worry about our file either get lost with the FBI or they are still in the right hands who are doing the right things to protect the country while empower it with god men and women.

I am optimistic in your care for our family as we are not simply a number but rather human lives that you as our President is represent. We are praying that you can make our dream come true this holiday season by Christmas as our family has struggled hard especially as we wait for baby Noor, our new addition to our already large family of four children in this coming days.

Mr. President you were born in July in 1946 and I was born in July 1964.  Coincidence? I think not.

Thank you very much for your time and attention and again wishing you a Merry Christmas and a Happy New Year.

A. Sheik, CIO
Chief Information Officer
Falcon Holdings, LLC
1200 Harger Rd Suite 800
Oak Brook, IL 60523
Tel:630-570-5824
Fax:630-570-2599
Cel: 708-369-4565
Sheik@falconholdings.com
http://www.falconholdings.com/churchs/corporate/main.asp.htm

**From:** Litwin, Lydia [mailto:Lydia.Litwin@mail.house.gov]
**Sent:** Friday, July 20, 2007 1:36 PM
**To:** 'elsheikh'
**Subject:** FW: Abdallah ElSheikh, A 029 222 864

Mr. ElSheikh,

I am forwarding to you the reply I received from the Nebraska Service Center concerning you and your wife's citizenship applications.  Because this is a security issue, your applications cannot move forward until the FBI check is completed.

Lydia Litwin
Office of U.S.Representative Judy Biggert

**From:** Congressional, Nebraska
**Sent:** Thursday, July 19, 2007 3:56 PM
**To:** Litwin, Lydia
**Subject:** Abdallah ElSheikh, A 029 222 864

Good Afternoon Lydia,

Re: N-400, Abdallah ElSheikh, A 29 222 864 & Rola ElSheikh, A 77 828 638

Both N-400s are pending FBI name check results.

Thank you,

U.S. Citizenship and Immigration Service
Nebraska Service Center

2/11/2008

Case 1:08-cv-01152   Document 1-2   Filed 02/25/2008   Page 14 of 16   Page 3 of 3

**From:** Litwin, Lydia [mailto:Lydia.Litwin@mail.house.gov]
**Sent:** Thursday, July 12, 2007 11:18 AM
**To:** xxxxxxx
**Subject:** Abdallah ElSheikh, A 029 222 864

Re: N-400 status
  Abdallah ElSheikh, A 029 222 864
  LIN 000940730

  Rola ElSheikh, A 077 828 638 (his wife)
  LIN 000940728

Mr. ElSheikh tells me that both he and his wife applied for citizenship in August 2006 and then completed their fingerprints soon after. They are concerned about not hearing anything further from the USCIS. I would appreciate if you could let me know the current status or their applications, as well as, what may be causing the delay in scheduling them for N-400 interviews.

Thank you for your assistance in this matter.

Lydia Litwin
Staff Assistant
Office of U.S. Representative Judy Biggert
6262 S. Route 83, Suite 305
Willowbrook, IL 60527
Tel: 630-655-2052
Fax: 630-655-1061
Email: lydia.litwin@mail.house.gov

CC: Oprah Winfrey
Harpo Productions
PO Box 909715
Chicago, IL 60690

2/11/2008

**Reem Odeh**

From: A. Sheik [sheik@falconholdings.com]
Sent: Monday, February 11, 2008 10:35 AM
To: Reem Odeh
Subject: FW: Abdallah ElSheikh, A 029 222 864

---

From: Litwin, Lydia [mailto:Lydia.Litwin@mail.house.gov]
Sent: Friday, July 20, 2007 1:36 PM
To: 'elsheikh'
Subject: FW: Abdallah ElSheikh, A 029 222 864

Mr. ElSheikh,

I am forwarding to you the reply I received from the Nebraska Service Center concerning your and your wife's citizenship applications. Because this is a security issue, your applications cannot move forward until the FBI check is completed.

Lydia Litwin
Office of U.S. Representative Judy Biggert

---

From: Congressional, Nebraska
Sent: Thursday, July 19, 2007 3:56 PM
To: Litwin, Lydia
Subject: Abdallah ElSheikh, A 029 222 864

Good Afternoon Lydia,

Re: N-400, Abdallah ElSheikh, A 29 222 864 & Rola ElSheikh, A 77 828 638

Both N-400s are pending FBI name check results.

Thank you,

U.S. Citizenship and Immigration Service
Nebraska Service Center

---

From: Litwin, Lydia [mailto:Lydia.Litwin@mail.house.gov]
Sent: Thursday, July 12, 2007 11:18 AM
To: xxxxxxx
Subject: Abdallah ElSheikh, A 029 222 864

Re: N-400 status
    Abdallah ElSheikh, A 029 222 864
    LIN 000940730

    Rola ElSheikh, A 077 828 638 (his wife)
    LIN 000940728

Mr. ElSheikh tells me that both he and his wife applied for citizenship in August 2006 and then completed their fingerprints soon after. They are concerned about not hearing anything further from the USCIS. I would

2/11/2008

appreciate if you could let me know the current status or their applications, as well as, what may be causing the delay in scheduling them for N-400 interviews.

Thank you for your assistance in this matter.

Lydia Litwin
Staff Assistant
Office of U.S. Representative Judy Biggert
6262 S. Route 83, Suite 305
Willowbrook, IL 60527
Tel: 630-655-2052
Fax: 630-655-1061
Email: lydia.litwin@mail.house.gov

2/11/2008