# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**FILED**
**FEBRUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                   Case Number:

Abdallah Elsheikh and Rola Elsheikh  vs. Department Of Homeland Security and Federal Bureau Of Investigations

**08 C 1152**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Abdallah Elsheikh and Rola Elsheikh

**JUDGE KENNELLY**
**MAGISTRATE JUDGE ASHMAN**

| NAME (Type or print) |
| --- |
| Reem Husni Odeh |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Reem H. Odeh |
| FIRM |
| Brodsky & Odeh |
| STREET ADDRESS |
| 8 S. Michigan Ave, Suite 3200 |
| CITY/STATE/ZIP |
| Chicago IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6279336 | 312-701-3000 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐