UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDALLAH ELSHEIKH and<br>ROLA ELSHEIKH, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | No. 08 C 1152 |
| v. | )<br>) | |
| MICHAEL CHERTOFF, as Director<br>of the Department of Homeland Security, *et al.*, | )<br>)<br>) | Judge Kennelly |
| Defendants. | )<br>) | |

**ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. *See* LR 83.16(b).

    Respectfully submitted,

    PATRICK J. FITZGERALD
    United States Attorney

    By:  s/ James M. Kuhn, Sr.
      JAMES M. KUHN SR.
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-1877