UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDALLAH ELSHEIKH and<br>ROLA ELSHEIKH,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>MICHAEL CHERTOFF, as Director<br>of the Department of Homeland Security,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 08 C 1152<br><br>Judge Kennelly |

## **ANSWER**

The defendants, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, answer the complaint for writ of mandamus as follows:

### **First Defense**

This court lacks subject matter jurisdiction over the complaint.

### **Second Defense**

The complaint fails to state a claim upon which relief can be granted.

### **Third Defense**

Relief should be denied plaintiffs as an exercise of judicial discretion to withhold relief. Defendants respectfully submit that even if the court is empowered to act, this is not an appropriate case for the court to engage in the business of reordering agency priorities, or jeopardize national security or the public safety by ordering the application of plaintiffs to be adjudicated out of order thereby prejudicing the numerous individuals who met the requirements for naturalization before him and who are waiting to have their case adjudicated.

**Fourth Defense**

Answering the specific allegations of the complaint, and using the same paragraph numbering, the defendants admit, deny, or otherwise aver as follows:

**JURISDICTION AND VENUE**

1. The is a civil action brought pursuant to 8 U.S.C. section 1329, and 28 U.S.C. Sections 1331 (Federal Questions) because Plaintiffs' claims arise under the federal laws of the United States, and 1361 (Mandamus Act), and Section 1447(b) to redress the deprivation of rights, privileges and immunities secured to Plaintiff, by which statutes jurisdiction is conferred, to compel Defendant to perform a duty Defendant owes to Plaintiff, 5 U.S.C. section 704 also confers jurisdiction, 28 U.S.C §2201 (Declatory Judgement Act) and under 5 U.S.C. §701 et seq. (Administrative Act of the "APA").

   *Answer*: Defendants admit plaintiffs allege jurisdiction as stated but deny the allegations contained in paragraph one of the complaint.

2. Venue is proper under 28 U.S.C. section 1391(b), since Defendant is the Director of the Bureau of Citizenship and Immigration Services (BCIS), an agency of the United States Government, under the Department of Homeland Security. The Defendant Robert S. Mueller III, is the Director of the federal Bureau of Investigations.

   *Answer*: Defendants admit the allegations contained in paragraph two of the complaint.

3. This action is brought to compel the defendant, officers and an agency of the United States, to perform its duties arising under the laws of the United States.

 *Answer*: Defendants admit this paragraph states the relief sought as alleged by plaintiffs but deny the allegations contained in paragraph three of the complaint.

4. The APA requires USCIS and the FBI to carry out their duties within a reasonable time. The provision of the APA that provides this is 5 USC Sec. 555(b), which states that "with due regard for the convenience and necessity of the parties or their representaives and within a reasonable time, each agency shall proceed to conclude a matter presented to it." USCIS and FBI are subject to 5 USC Sec. 555(b). The Plaintiffs contend that the delays in processing their applications for naturalization are unreasonable.

 *Answer*: Defendants admit the allegations contained in paragraph four of the complaint.

## PARTIES

5. Plaintiff Abdallah Elsheikh is a 43 year old native and citizen of Lebanon. He became a Legal Permanent Resident on October 9, 2001. Plainitff Rola Elsheik is a 35 year old citizen of Lebanon and became a Legal Permanent Resident on October 9, 2001. Plainitffs Abdallah Elsheikh and Rola Elsheik are married.

 *Answer*: Defendants admit the allegations contained in paragraph five of the complaint.

6. Plaintiff Abdallah's alien number is A029-222-864. Plaintiff Rola's alien number is A077828-638.

 *Answer*: Defendants admit the allegations contained in paragraph six of the complaint.

7.     Defendant, MICHAEL CHERTOFF, is the Director of the Department of Homeland Security. As such, he is charged with the duty of administration and enforcement of all the functions, powers, and duties of Bureau of Citizenship & Immigration Services, the former INS. The Defendant ROBERT S. MUELLER III, is the Director of the Federal Bureau of Investigations.

*Answer*: Defendants admit the allegations contained in paragraph seven of the complaint.

8.     That Robert Mueller is sued in his official capacity. The FBI is responsible for the proper background clearance conducted on each applicant for naturalization.

*Answer*: Defendants admit the allegations contained in paragraph eight of the complaint.

## CLAIMS FOR RELIEF

9.     On August 14, 2006, Plaintiffs filed their applications for Naturalization and paid the appropriate filing fees and submitted all the required documentation.

*Answer*: Defendants admit plaintiffs filed applications for naturalization and paid the filing fees and deny knowledge or information sufficient to form a belief as to the truth the matters asserted in the remainder of paragraph nine of the complaint.

10.    On August 26, 2006, Plaintiffs appeared before the Citizenship and Immigration Services service center to have their fingerprints and biometrics taken as part of the naturalization process.

*Answer*: Defendants admit the allegations contained in paragraph ten of the complaint.

11. That since the filing of the Application for Naturalization which was filed on August 14, 2006, the Plaintiffs have never been scheduled to appear for a Naturalization interview. Furthermore, no word has been forthcoming since the interview except that the plaintiffs' "background checks" remain pending and no proper communication was received relative to the applications for naturalization.

> *Answer*: Defendants admit plaintiffs have not yet been scheduled for an interview but deny that their background checks have not been completed, and deny the remaining allegations contained in paragraph eleven of the complaint.

12. Prior to the filing of this Complaint, the Plaintiffs have made numerous attempts with the Defendants to inquire about the status of their applications. The Plaintiffs and their attorney have also made numerous oral and written requests of the Defendant concerning the scheduling of an interview for naturalization. No further action was taken by Defendants in this matter.

> *Answer*: Defendants deny knowledge or information sufficient to form a belief as to the truth the matters asserted in paragraph twelve of the complaint.

13. The Defendants, in violation of the Administrative Procedure Act, are unlawfully withholding or unreasonably delaying a decision on the applications of Plaintiffs.

> *Answer*: Defendants deny the allegations contained in paragraph thirteen of the complaint.

14. Plaintiffs have exhausted any remedies that may be exist.

> *Answer*: Defendants deny the allegations contained in paragraph fourteen of the complaint.

WHEREFORE, Plaintiffs prays that the Court, in light of the foregoing:

A. Compel Defendant and those acting under him to perform their duty to rule upon the Plaintiff's applications;

B. Compel the Federal Bureau of Investigation to complete their background and fingerprint process.

B. Grant attorney's fees and cost of court

C. Grant such other and further relief as this Court sees proper under the circumstances.

*Answer*: Defendants deny that plaintiff is entitled to any relief whatsoever, prays for judgment in their favor, with costs, and that the court award such further relief as may be appropriate.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ James M. Kuhn, Sr.
   JAMES M. KUHN, SR.
   Assistant United States Attorney
   219 South Dearborn, Room 500
   Chicago, Illinois 60604
   (312) 353-1877
   james.kuhn @ usdoj.gov