## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1152 | **DATE** | 7/1/2008 |
| **CASE TITLE** | Sheikh vs. Cherthoff | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 8/12/2008 at 9:30 AM. Claims of plaintiff Rola Elsheikh are dismissed. Clerk of Court is directed to modify the docket. Discovery cutoff is 8/1/2008. Deadline for filing dispositive motions is 7/22/2008. Bench trial set for 9/2/2008 at 9:45 AM.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|