# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1152 | **DATE** | 7/21/2008 |
| **CASE TITLE** | El-Sheikh vs. Chertoff, et al. | | |

**DOCKET ENTRY TEXT**

It has come to the Court's attention that the order of 7/1/08 incorrectly set the case for trial on 9/2/08, when in fact the Court (during the hearing on that date) had set the case for trial on 9/4/08. The trial date of 9/2/08 is vacated and reset to 9/4/08 at 9:45 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|