UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDALLAH ELSHEIKH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1152 |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, as Director | ) | Judge Kennelly |
| of the Department of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants Michael Chertoff, Secretary of the Department of Homeland Security, and Robert S. Mueller, Director of the Federal Bureau of Investigation, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, move pursuant to Federal Rule of Civil Procedure 56 for entry of summary judgment in their favor, and in support thereof, respectfully represents to this court that no genuine issues of material fact exist and that they are entitled to summary judgment as a matter of law.

The basis for the motion is set forth in the accompanying memorandum of law. A statement of material facts pursuant to Local Rule 56.1(a)(3) also accompanies this motion.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

By:   s/ James M. Kuhn, Sr.
     JAMES M. KUHN, SR.
     Assistant United States Attorney
     219 South Dearborn, Room 500
     Chicago, Illinois 60604
     (312) 353-1877
     james.kuhn @ usdoj.gov