UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABDALLAH ELSHEIKH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1152 |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, as Director ) | Judge Kennelly |
| of the Department of Homeland Security, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To:   Reem H. Odeh
      Brodsky & Odeh
      8 South Michigan, Suite 3200
      Chicago, Illinois 60603

   PLEASE TAKE NOTICE that on July 29, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before The Honorable Matthew F. Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

in the above captioned case, at which time and place you may appear if you see fit.

                    Respectfully submitted,

                    PATRICK J. FITZGERALD
                    United States Attorney

                    By:  s/ James M. Kuhn, Sr.
                       JAMES M. KUHN, SR.
                       Assistant United States Attorney
                       219 South Dearborn Street
                       Chicago, Illinois 60604
                       (312) 353-1877
                       james.kuhn @ usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDALLAH ELSHEIKH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1152 |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, as Director | ) | Judge Kennelly |
| of the Department of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

To:  Reem H. Odeh
     Brodsky & Odeh
     8 South Michigan, Suite 3200
     Chicago, Illinois 60603

    PLEASE TAKE NOTICE that on July 29, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before The Honorable Matthew F. Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

in the above captioned case, at which time and place you may appear if you see fit.

                                       Respectfully submitted,

                                       PATRICK J. FITZGERALD
                                       United States Attorney

                                       By:  s/ James M. Kuhn, Sr.
                                         JAMES M. KUHN, SR.
                                         Assistant United States Attorney
                                         219 South Dearborn Street
                                         Chicago, Illinois 60604
                                         (312) 353-1877
                                         james.kuhn @ usdoj.gov