# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Abdallah Elsheikh, et al.
                  Plaintiff,

v.                                    Case No.: 1:08−cv−01152
                                                 Honorable Matthew F. Kennelly

Michael Chertoff, et al.
                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Set deadlines/hearing as to : Response to motion for summary judgment due by 8/12/2008; Reply due by 8/18/2008. Ruling before Honorable Matthew F. Kennelly on 8/21/2008 at 09:30 AM. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.