# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1152 | **DATE** | 8/21/2008 |
| **CASE TITLE** | El-Sheikh vs. Chertoff | | |

**DOCKET ENTRY TEXT**

Motion for summary judgment is denied for the reasons stated in open court. Status hearing set for 8/29/2008 at 1:30 PM., with parties by telephone. Final pretrial order, which is a list of witnesses and exhibits, is to be submitted by 8/28/2008. Call to chambers is to be initiated by the parties.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|