UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABDALLAH ELSHEIKH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 08 C 1152 |
| v. ) | |
| ) | |
| MICHAEL CHERTOFF, as Director ) | Judge Kennelly |
| of the Department of Homeland Security, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION TO RESET THE TRIAL DATE**

Defendants, Michael Chertoff, Secretary of the Department of Homeland Security, and Robert Mueller, Director of the Federal Bureau of Investigation, move to reset the September 4, 2008 trial date in this case. The basis for the motion is set forth below.

1. On February 25, 2008, plaintiff Abdallah Elsheikh filed this action seeking to compel the FBI to complete a background investigation of him and to compel the Bureau of Citizenship and Immigration Services to grant him an interview on his citizenship application.

2. Trial is set for September 4, 2008.

3. This office has been advised by both the FBI and USCIS that Elskeikh's background investigation has been completed.

4. The office has been further advised that Elsheikh's final application materials will be sent from the Regional Service Center in Nebraska to the Chicago district office to be scheduled for an interview.

5. It is anticipated that the final application materials will be sent by U.S. mail to the Chicago district office on September 2, 2008, and will be received shortly thereafter.

6.  Upon receipt and review by the district office, Elsheikh will be scheduled for the earlier available interview date.

7.  After a notice scheduling the interview is issued, Elsheikh will have received that relief which he has requested and then the case should be dismissed.

8.  Elsheikh's attorney, Reem Odeh, has been advised of the above and she has agreed to this motion.

WHEREFORE, defendants that request the trial date be reset until after October 1, 2008.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:  s/ James M. Kuhn, Sr.
   JAMES M. KUHN, SR.
   Assistant United States Attorney
   219 South Dearborn, Room 500
   Chicago, Illinois 60604
   (312) 353-1877
   james.kuhn @ usdoj.gov