UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABDALLAH ELSHEIKH, )<br>)<br>Plaintiff, )<br>) No. 08 C 1152<br>v. )<br>)<br>MICHAEL CHERTOFF, as Director ) Judge Kennelly<br>of the Department of Homeland Security, *et al.*, )<br>)<br>Defendants. ) | |

**NOTICE OF AGREED MOTION**

To: Reem H. Odeh
    Brodsky & Odeh
    8 South Michigan, Suite 3200
    Chicago, Illinois 60603

  PLEASE TAKE NOTICE that on September 2, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before The Honorable Matthew F. Kennelly in the courtroom usually occupied by him in the Everett McKinley Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

AGREED MOTION TO RESET THE TRIAL DATE

in the above captioned case, at which time and place you may appear if you see fit.

        Respectfully submitted,

        PATRICK J. FITZGERALD
        United States Attorney

        By: s/ James M. Kuhn, Sr.
         JAMES M. KUHN, SR.
         Assistant United States Attorney
         219 South Dearborn, Room 500
         Chicago, Illinois 60604
         (312) 353-1877
         james.kuhn @ usdoj.gov