UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABDALLAH ELSHEIKH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 1152 |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, as Director | ) | Judge Kennelly |
| of the Department of Homeland Security, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' WITNESS LIST

1. Supervisory Special Agent Darryl Rossini
   Federal Bureau of Investigation
   Chicago, Illinois

2. Paul Phillips
   Bureau of Citizenship and Immigration Services
   Chicago, Illinois

                                                Respectfully submitted,

                                                PATRICK J. FITZGERALD
                                                United States Attorney

                                                By:  s/ James M. Kuhn, Sr.
                                                  JAMES M. KUHN, SR.
                                                  Assistant United States Attorney
                                                  219 South Dearborn, Room 500
                                                  Chicago, Illinois 60604
                                                  (312) 353-1877
                                                  james.kuhn @ usdoj.gov