# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1152 | **DATE** | 8/29/2008 |
| **CASE TITLE** | ElSheikh vs. Chertoff, et al. | | |

**DOCKET ENTRY TEXT**

Telephone status conference held with only defendants' attorney participating and unable to reach plaintiff's attorney by telephone. Status hearing set to 9/2/08 at 9:30 a.m. Trial remains set for 9/4/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|