UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
Eastern Division

Abdallah Elsheikh, et al.
       Plaintiff,

v.             Case No.: 1:08−cv−01152
              Honorable Matthew F. Kennelly

Michael Chertoff, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

  MINUTE entry before the Honorable Matthew F. Kennelly: Motion to reset trial date is terminated as moot. Case is dismissed with leave to reinstate on or before 10/17/2008. Bench trial date of 9/4/2008 is vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.